EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | 2010 TSPR 144 |
| Eugenio Rivera Lozada | 179 DPR _____ |

Número del Caso: TS-2988

Fecha: 22 de julio de 2010

Oficina de Inspección de Notarías:
                         Lcda. Lourdes I. Quintana Lloréns
                         Directora

Abogado de la Parte Peticionaria:

                         Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

*Eugenio Rivera Lozada*               TS-2988

Sala de Verano integrada por su Presidenta la Jueza Asociada señora Fiol Matta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres

RESOLUCIÓN

San Juan, Puerto Rico, a 22 de julio de 2010

Examinada la *Moción en Solicitud del Ejercicio de la Abogacía* presentada en el caso de epígrafe, se ordena la reinstalación del peticionario al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Martínez Torres pospondría la solicitud de reinstalación en esta etapa, hasta que el peticionario se someta a nuestra jurisdicción para que se investiguen las quejas pendientes en su contra. Al concluir esas investigaciones estaría en posición de evaluar la solicitud de reinstalación.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo